IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 04-cr-193-bbc |
| v. | |
| MICHAEL BOHMAN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Michael Bohman has filed a motion for reconsideration of the January 16, 2009 denial of his emergency motion for interruption of sentence to visit his stepdaughter, Dannille Pophal, at Children's Hospital of Wisconsin. As sympathetic as I am to Mr. Bohman's situation, I continue to believe that it would be inappropriate to grant defendant's motion at this time.

Chief Probation Officer Kent Hanson has talked to officers at the institution about defendant's request. According to the officials, Dannille's treating physician has reported to them that Dannille's condition following a recent surgery is continuing to improve. This information, combined with the fact that while on pretrial release defendant violated his conditions of release and the fact that defendant is still three years from his release date,

1

convinces me that it is inappropriate to grant defendant's request at this time. Should Dannille's medical condition worsen, I would consider another motion at that time.

ORDER

Defendant Michael Bohman's motion to reconsider this court's order of the January 16, 2009 denial of his request for a furlough is DENIED.

Entered this 5th day of February, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge